IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD M. HELLEWELL; S. ELAINE HELLEWELL; BANK OF AMERICA, N.A.; and MARION COUNTY, OREGON,

    Defendants.

Case No. 6:16-cv-514-JR

OPINION AND ORDER

**MCSHANE, Judge**:

Magistrate Judge Jolie A. Russo filed a Findings and Recommendation ("F&R") on June 26, 2017, ECF No. 26, and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Defendant Bank of America, N.A., timely filed an objection to the F&R, ECF No. 30. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct. Magistrate Judge Russo's Finding and Recommendation, ECF No. 26 is adopted in full. The Government's motion for summary judgment, ECF No. 21 is GRANTED.

IT IS SO ORDERED.

DATED this 28th day of September, 2017.

        /s/ Michael J. McShane_____
        Michael J. McShane
        United States District Judge